### (October 28, 1954.)

In the Matter of BERNARD S. MEYER, Appellant, against ERNEST E. ELDERD et al., Constituting the Board of Trustees of the Village of Cedarhurst, Nassau County, Respondents.— In a proceeding pursuant to article 78 of the Civil Practice Act to direct respondents to issue a permit for the erection and maintenance of a campaign banner in the village of Cedarhurst, Nassau County, petitioner appeals from an order denying his application. Order affirmed, without costs. No opinion. Adel, Acting P. J., Wenzel, MacCrate and Beldock, JJ., concur. Murphy, J., dissents and votes to reverse the order and to grant the application, with the following memorandum: The respondents are authorized to grant permission to erect a political banner upon written application. (General Ordinances of Village of Cedarhurst, Ordinance No. 119, §§ 1, 3.) They waived and rendered futile a written application by acting upon and denying an oral application on the merits. As sole ground for such denial the respondents assert that it is against their policy to permit even temporary erection of a political banner. This policy is an arbitrary one which is wholly unrelated to the welfare of the community. The application was improperly denied.

### THIRD DEPARTMENT, OCTOBER, 1954.

### (October 1, 1954.)

CITY SCHOOL DISTRICT OF CITY OF MECHANICVILLE, Respondent, v. EVA COHEN, Appellant.— Motion for stay denied. Stay contained in the order to show cause, dated September 16, 1954, vacated. Present — Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ. [See *ante*, p. 852.]

IRVING GODESSOFF, Respondent, v. SAMUEL FRANKEL, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ.

ANTHONY QUALTERE, Individually and as Holder of Shares of Stock of PASSWELL FOOD PRODUCTS Co., INC., and on Behalf of All Other Shareholders Similarly Situated, Appellant, v. RICHARD PASSERINI et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ.